**No. 50159.**—Protest 980017–G of Yee Sing Co. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), which record was incorporated herein. In accordance therewith the protest was sustained as follows: (1) Bak hop, hoi shin lien, hoi pak lien, sui sut, wai san (stick form), sar sum (uncut), lo hon qua, yuen yuk, and mok qua (not sliced) were held entitled to free entry under paragraph 1669 as crude drugs; and (2) wai san (sliced), yuk chuck, sar sum (cut), and mok qua (sliced) were held dutiable at 10 percent under paragraph 34 as drugs, advanced.

**No. 50160.**—Protest 48546–K of Tai Wo Tong Co. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), which record was incorporated herein. In accordance therewith the protest was sustained as follows: (1) Bak hop, lotus nuts (hoi shin lien, hoi pak lien), sui sut, wai san (stick), sar sum (uncut), lo hon qua, yuen yuk, and mok qua were held entitled to free entry under paragraph 1669 as crude drugs; and (2) wai san (sliced), yuk chuk, and sar sum (cut) were held dutiable at 10 percent under paragraph 34 as drugs, advanced.

**No. 50161.**—Protests 104960–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 4, 1945

**No. 50162.**—Protest 100899–K of Wool Novelty Co., Inc. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.